EHS/ADR
F. #2023R00792

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MICHAIL CHKHIKVISHVILI,
    also known as "Mishka,"
    "Michael,"
    "Commander Butcher" and
    "Butcher,"

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~  O R D E R

24-MJ-306

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew Reich, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

       WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
          July 15, 2024

                                        s/ James R. Cho
                             _____
                             HONORABLE JAMES R. CHO
                             UNITED STATES MAGISTRATE JUDGE
                             EASTERN DISTRICT OF NEW YORK