U.S. Department of Justice

United States Attorney
Eastern District of New York

EHS/ADR
F. #2023R00792

271 Cadman Plaza East
Brooklyn, New York 11201

August 26, 2025

By FedEx

Samuel Gregory
Samuel Gregory P.C.
16 Court Street Suite 2008
Brooklyn, NY 11241

Zachary S. Taylor
Taylor & Cohen LLP
305 Broadway, 7th Floor
New York, NY 10007

    Re: United States v. Michail Chkhikvishvili
       Criminal Docket No. 24-286 (CBA)

Dear Counsel:

  Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being produced pursuant to the Stipulation and Order entered by the Court on June 10, 2025, *see* ECF No. 17 (the "Protective Order"). The government renews its request for reciprocal discovery from the defendant.

  The production contains the following:

- The defendant's communications with a co-conspirator ("Co-Conspirator-1") and associated attachments, Bates-numbered MC_00011862 - MC_00011879. These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order;

- Records obtained from Meta Platforms, Inc. pursuant to a judicially authorized search warrant, Bates-numbered MC_00011880-MC_00011950;

- Agent report concerning images circulated by the defendant and associated images, Bates-numbered MC_00011951-MC_00011962;

- Mega Account Records, Bates-numbered MC_00011963 - MC_00012011;

- Co-Conspirator-1's communications with other individuals and the associated attachments, Bates-numbered MC_00012012 – MC_00013387. These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order;

- Agent report on an MKY video and the associated video, Bates-numbered MC_00013388 - MC_00013392;

- Draft translations of bomb making and arson guides, Bates-numbered MC_00013393 - MC_00013431.[1] These files were sent by the defendant on Telegram on or about September 29, 2023. These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order;

- Materials form an internet "doxing" of a victim obtained from a Telegram chatroom, Bates-numbered MC_00013432-MC_00013459. These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order;

- Images found on Co-Conspirator-1's phone and draft translation, Bates-numbered MC_00013460 - MC_00013461;

- Draft translations of selected messages and images from records obtained from Meta Platforms, Inc. pursuant to a judicially authorized search warrant, Bates-numbered MC_00013462 - MC_00013804. These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order;

- Draft translations of selected conversations from the defendant's phone and Telegram account, Bates-numbered MC_00013805 – MC_00013809;

- Records from Google LLC, Bates-numbered MC_00013810;

- The defendant's communications in group chats, Bates-numbered MC_00013811 - MC_00023551;

- A copy of the Hater's Handbook, Bates-numbered MC_00023552 - MC_00023603;

- Information captured by an FBI-controlled account in October 2024 from an MKY group chat, Bates-numbered MC_00023604 - MC_00023605.

---

[1] Any draft translations are provided by the government to assist the defendant in his review of discovery material and are subject to change.

These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order;

- Information captured by an FBI-controlled account from the Telegram Channel "Flames of Purification," Bates-numbered MC_00023606 - MC_00023610. These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order;

- Interview of a victim, Bates-numbered MC_00023611 - MC_00023616. These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order;

- Reports of interviews with a minor individual ("Minor-1"), Bates-numbered MC_00023617 - MC_00023638. These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order;

- Reports of interviews with a family member of the defendant, Bates-numbered MC_00023639 - MC_00023664. These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order;

- Agent report regarding MKY materials and the associated materials, Bates-numbered MC_00023665 - MC_00023680;

- A group chat from the phone of another co-conspirator and the associated attachments, Bates-numbered MC_00023681 - MC_00023709; and

- Documents related to a transfer of cryptocurrency, Bates-numbered MC_00023710 - MC_00023712;

- Documents related to the defendant's personal items in connection with his extradition to the United States, Bates-numbered MC_00023713 - MC_00023736;

- Photographs of materials from the defendant's Telegram account, Bates-numbered MC_00023737 - MC_00023757;

- Agent report of a video posted by the defendant in a Telegram chat, along with the referenced video and a draft translation, Bates-numbered MC_00023758 - MC_00023765;

- Materials relating to the defendant's post-arrest statement, Bates-numbered MC_00023766 - MC_00023868;

- Report of statements made by the defendant to MDC medical staff, Bates-numbered MC_00023869;

- Results of searches for materials relating to the defendant's Telegram accounts from a commercial database, Bates-numbered MC_00023870 - MC_00023877;

- Search warrants and accompanying affidavits, Bates-numbered MC_00023878 - MC_00024057;

- Selected materials from the defendant's Apple iPhone 8, Bates-numbered MC_00024058 - MC_00024061;

- Records from KVLT and RADIO WRATH Telegram channels, Bates-numbered MC_00024062 - MC_00024207;

- Amtrak Records, Bates-numbered MC_00024208;

- Records related to the defendant's extradition to the United States, Bates-numbered MC_00024209 – MC_00024210;

- Information voluntarily provided by a research group, Bates-numbered MC_00024211 – MC_00024217;

- Information from the Metropolitan Transportation Authority ("MTA"), Bates-numbered MC_00024218;

- Draft translations of items from the defendant's iCloud account, Bates-numbered MC_00024219 - MC_00026384;

- Report of Explosives and Hazardous Device examinations, Bates-numbered MC_00026385-MC_00026390; and

- Communications between an FBI-controlled account and other users, Bates-numbered MC_00026391 – MC_00026399.

Additionally, we inform you that:

- During his transport between the Metropolitan Detention Center ("MDC") and the United States Courthouse, the defendant stated to law enforcement, in sum and substance, that he had requested to be placed on suicide watch at the MDC in order to be housed in a single occupancy cell; and

- Following the defendant's arrest in Moldova, absent a request from the U.S. government, Moldovan authorities conducted two interviews of the defendant and drafted summaries of the interviews (collectively the "Interview Summaries"). The first of the two interview summaries (the "First Interview Summary") was reviewed by the case agents, the second of the two interviews (the "Second Interview Summary") has not been

reviewed by anyone on the prosecution team. In an abundance of caution, the U.S. Attorney's Office used filter AUSAs and a filter Special Agent (the "Filter Team") to determine whether the defendant's statements in the First Interview Summary were compelled and/or whether the prosecution was aware of the facts set forth in the interview summaries prior to the interview. The Filter Team determined that the majority of the information reflected in the First Interview Summary was known to the government prior to the interview and created a redacted version which redacted portions of the First Interview Summary which the Filter Team could not establish were previously known to the government (the "Redacted First Interview Summary"). The undersigned have only reviewed the Redacted First Interview Summary. The government does not intend to use any of the redacted material in the Redacted First Interview Summary, or any material from the Second Interview Summary, at trial. The Interview Summaries and the Redacted First Interview Summary will be made available for your review in-person at the offices of the FBI[2] by a member of the Filter Team. Please contact us to arrange a mutually convenient time.

        Very truly yours,

        JOSEPH NOCELLA, JR.
        United States Attorney

By:    s/
        Ellen H. Sise
        Andrew D. Reich
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures
cc:    Clerk of the Court (CBA) (by ECF) (without enclosures)

---

[2] Moldovan authorities have requested that these materials be viewed at the FBI.