TRULINCS 00121506 - CHKHIKVISHVILI, MICHAIL - Unit: BRO-K-C

--------------------------------------------------------------------

FROM: 00121506
TO:
SUBJECT: To Judge Amon
DATE: 09/09/2025 01:18:28 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 17 2025 ★

BROOKLYN OFFICE

    Greetings your Honor, I hope your day is going well. I want to share my personal opinion on firing lawyer on September 8th, I have neurosis and sometimes cannot express everything I want to say. Except from that Mr. Sam was not visiting me, not being in touch, I couldn't even reach him out when I had emergency, it took him more than month when I needed some documents regarding education in prison as I'm trying to change my life and become better person for society, he couldn't even mail me document when it was urgent, other than that he was not working on materials of my case at all neither showing me them, always finding some excuses that he's busy; other than that he was bias towards me and instead of working on my case and preparing for court, while visitng mostly it was wasted talk full of nonsense, and I'm aware that you gave us enough time before, we had 3 month but no progress.
    I don't know if having only Zack Tailor as attorney will make any diffrence, because he doesn't even have whatsapp, from what my mother told me she can never reach him out, I really hope that I'm wrong and we will start working more on my case; since he was working together with Mr. Gregory I think that Mr.Tailor's relationships towards me will change too after I fired Sam.
    Also for me it's really hard for me to understand how constitution works in USA, to know what are my rights and Mr.Gregory was not explaining anything like that, I find out small precentige of my rights from other inmates and I don't even understand everything, it is very diffrent from what's in Georgia or other European countries.

    Your Honor I have several requests to the court
- My mother would like to attend every court and she cannot do it physically, she's in proccess of getting visa which might be denied and before she gets her answer back, she wants to attend court via video confernce online.
- I would like to request discovery physical hard drive from prosecution so I can work on materials myself and prepare for court, because I believe I'm in unfair position with no ability to prepare myself, no lawyer or other person knows what's true and what's not and I have to bring arguments why I disagree with some of my charges.
- I want all court documents translated to my native language, Georgian, including indictment and docket sheet after every court, as I have language barrier, I cannot understand everything or might get sentence in wrong context. This was supposed to be lawyers work which he never did and under European and International conventions it's mandatory for me to have all documents translated to my native language.

I wish you and your family all best your honor, thank you for your precious time!

Best Regards
Michail Chkhikvishvili



RECEIVED
SEP 17 2025
PRO SE OFFICE

REC'D IN PRO SE OFFICE
SEP 17 '25 PM 4:30

Michail Chkhikvishvili 00181-506
MDC BROOKLYN
80 29th St.
Brooklyn NY 11232

Judge Amon
New York Eastern District
Theodore Roosvelt United States Courthouse
225 Cadman Plaza East, Room 1185
Brooklyn NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 17 2025 ★
BROOKLYN OFFICE

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.