**DOCKET NUMBER:** 24cr286     **CRIMINAL CAUSE FOR:** change of plea

**VERA M. SCANLON, U.S.M.J.    DATE:** 11/17/2025    **TIME IN COURT:** 1.5 hours

**DEFENDANT NAME(S):** Michail Chkhikvishvili
[X] Present    [ ] Not Present    [X] In Custody    [ ] Not In Custody

**DEFENSE COUNSEL:** Zachary Stewart Taylor
[ ] Federal Defender    [X] CJA    [ ] Retained

**AUSA:** Nick Moscow

| | | | |
|---|---|---|---|
| [ ] | Pretrial/Probation: | [X] | Interpreter/Language: Nina Adar-Tkach, Georgian |
| [ ] | Court Reporter: | [X] | ESR Log Nos.: COURTROOM 13A_20251117 13:14-15:34 |
| [ ] | Arraignment | [ ] | Revocation of Probation – non-contested |
| [X] | Change of Plea | [ ] | Revocation of Probation – contested |
| [ ] | In Chambers Conference | [ ] | Sentencing – non-evidentiary |
| [ ] | Pre-Trial Conference | [ ] | Sentencing – contested |
| [ ] | Initial Appearance | [ ] | Revocation of Supervised Rel. – evidentiary |
| [ ] | Status Conference | [ ] | Revocation of Supervised Rel. – non-evidentiary |
| [ ] | Telephone Conference | [ ] | Jury Selection |
| [ ] | Motion Hearing – evidentiary | [ ] | Voir Dire Begun |
| [ ] | Other Hearing: | [ ] | Voir Dire Held |
| [X] | Case Called | [ ] | Rule 5(f) Notice |
| [X] | Defendant Sworn | [X] | Defendant Informed of Rights |

[ ] Waiver of Indictment executed
[X] Defendant consents orally and in writing to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
[X] Defendant withdraws not guilty plea and enters plea of guilty as stated on the record
[X] Court finds factual basis for the plea
[X] Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
[ ] Defendant through counsel waived the right to appear in person and consented to proceed remotely with the advice of Counsel.
[X] Sentencing set for: 3/9/2026, 10:00 AM
[ ] An application for an Order of Excludable Delay was made on the record.
[ ] Order of Excludable Delay entered from _____ until _____
[ ] Order of Temporary Detention entered

**TEXT**

The criminal cause for pleading was held in Courtroom 13A South. Defendant was sworn in and informed of his rights. Defendant, defense counsel, and the AUSA consented to have the plea taken before Magistrate Judge Vera M. Scanlon. Defendant proceeded with the assistance of the interpreter. Consent filed separately. Defendant withdrew his plea of not guilty and pleaded guilty to counts 2 and 3 of the Indictment dated 7/15/2024, soliciting violent felonies, in violation of 18 U.S.C. § 373, and distributing information pertaining to making and use of an explosive device, in violation of 18 U.S.C. § 842(p)(2)(A). Magistrate Judge Vera M. Scanlon respectfully recommends that the plea of guilty be accepted. Government will maintain Court Ex. 1, which is the plea agreement, and will provide a copy to the Court and defense counsel. A conviction notification has been provided to the Probation Department. Defendant remains in custody. Transcript ordered for the Court.