

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EHS
F. #2023R00792

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 11, 2025

By ECF

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Michail Chkhikvishvili
                Criminal Docket No. 24-286 (CBA)

Dear Judge Amon:

      On November 17, 2025, the defendant pleaded guilty before the Honorable Vera M. Scanlon, United States Magistrate Judge, to the indictment in the above-captioned matter. By this letter, the government respectfully requests that the Court accept the defendant's guilty plea.

      The government encloses as Exhibits A and B respectively: (1) a transcript of the plea hearing, during which Judge Scanlon recommended that this Court accept the defendant's guilty plea (*see* Ex. A at 61:1-4); and (2) a proposed Order.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:    /s/
      Ellen H. Sise
      Assistant U.S. Attorney
      (718) 254-6166

cc:    Clerk of Court (by E-mail)