EHS
F. #2023R00792

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MICHAIL CHKHIKVISHVILI,
,

           Defendant.

- - - - - - - - - - - - - - - - -X

ORDER ACCEPTING GUILTY PLEA

24-CR-286 (CBA)

        Upon review of the transcript of the guilty plea that the defendant MICHAIL CHKHIKVISHVILI offered on November 17, 2025, before the Honorable Vera M. Scanlon, United States Magistrate Judge, in the above-captioned matter, this Court finds that the defendant pleaded guilty knowingly and voluntarily, and that a factual basis supports the defendant's plea.

        IT IS HEREBY ORDERED that the defendant's guilty plea offered on November 17, 2025 before Judge Scanlon is accepted.

Dated: Brooklyn, New York
        _____, 2025

                                            THE HONORABLE CAROL B. AMON
                                            UNITED STATES DISTRICT JUDGE
                                            EASTERN DISTRICT OF NEW YORK