# EXHIBIT C

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable Judge Amon,

My name is Elene Agdgomlishvili. I am Misha's mother, 48 years old. I am aware that Misha pleaded guilty to a serious crime.

I hold a Master's degree from the Conservatory (Flute) and a Master's degree in International Relations from the Diplomatic Academy. I have also completed many professional courses in PR, Marketing, HR, and Accounting, and attended numerous professional trainings in Georgia and abroad. Throughout my career, I have worked for various international organizations, including the U.S. Embassy, USAID projects, an energy company, a hypermarket chain, and Microsoft.

I married my husband, Irakli Chkhikvishvili, in February 2001. Our families have known each other for generations, as we were neighbors. We are a multinational family in which Georgian, Armenian, Jewish, Ossetian, and Russian traditions coexist, which is very common in Georgian families.

From my mother's side, my great-grandmother was a refugee from Armenia following the Armenian Genocide of 1915. Our family was very respected, and my great-great-grandfather was a priest in the Church. After the second genocide, the family settled in Georgia. My grandfather was killed during the civil war in 1991, when the Soviet regime collapsed. That period was extremely difficult for me personally, as it was a time of war, tanks in the streets, and deep personal loss.

From my father's side, all relatives are musicians across generations. My father was an alto and guitar player, my grandmother sang in the church choir for 40 years, and my aunts are tutors at the National State Ballet and Opera Theatre, where many famous singers were trained and where they still work today. My daughter, who is 11 years old, has been singing in the Opera children's choir for four years.

The house where my husband and I live was built in 1960, and our family has lived in the same location ever since.

Misha was born in August 2003. At birth, he had high intracranial pressure, and from the very beginning we took great care of our first and beloved child. He was raised with love and attention, with daily involvement from my mother and my husband's grandmother.

My husband's grandmother moved to New York when Misha was about eight years old, and my mother passed away when Misha was thirteen.

Misha has always been very shy. When he first attended kindergarten, it was difficult for him to participate in performances. As I am a flutist and an active musician, Misha grew up in an environment filled with classical and jazz music and attended many concerts at opera houses and philharmonic halls. He also attended all performances of his younger sister at school and the opera.

He always dreamed of having a brother or sister. When he found out that I was pregnant, he accompanied me to doctor visits and even held my hand during the ultrasound, worried that I might fall while wearing high heels. He always supported me and helped without hesitation. When his sister was born, he was the first person to hold her in the hospital, and since then he has taken great care of her on a daily basis.

We traveled frequently, not only for seaside vacations, but also to nature, mountains, ski resorts, and hiking trips. We visited many European countries to attend museums in Paris and opera festivals in Salzburg. We traveled with family, relatives, and friends. Misha has visited many regions of Georgia, as well as France, Germany, the United States, Austria, Turkey, the UAE, and Egypt.

I would also like to mention his health conditions. Misha was always a very quiet person who did not complain. Once he injured his eye and did not tell me until the pain became unbearable. He also suffered a spinal injury but said everything was fine upon returning home. This injury required six months of bed rest and nearly two years of recovery, leaving him with a chronic lifelong spinal condition. He also suffered from COVID-19, spending three weeks isolated in a hotel-hospital with lung damage as a result.

During his school years, I kept Misha on a very strict and busy schedule. While other children had extra money or phones, Misha did not. Instead, he had private tutors and attended numerous educational and extracurricular activities. His schedule was so full that he often barely had time to eat between lessons.

After fourth grade, Misha transferred to a private school for a better environment. Unfortunately, after two years, the school was damaged by flooding and had to relocate. Misha returned to his former school, where two classes were merged, creating an unhealthy environment. At a difficult teenage age, he had to adapt and make new friends. He had only a few friends, but to them he was extremely loyal.

During the final years of school, especially during the COVID-19 period, Misha not only studied but also worked in a hypermarket to earn money. He used this income to pay for private tutors to prepare for university entrance exams.

In 2021, he successfully passed the entrance exams and enrolled in Business Administration. Due to COVID-19, his studies continued online while he was also working. Misha was an obedient and shy child who needed guidance. Unfortunately, he missed out on a normal student life and social connections during his final school year and first year of university.

From the age of 16 to 20, his work experience included: ICC – Intern; Hypermarket Goodwill – Sales Consultant; Telemarketing Call Center – Operator; Marriott Hotel – Reception Intern.

Misha was inexperienced in both life and romantic relationships, as his emotional development came later. Adolescence seemed to fully affect him only around the ages of 19–20, which was very difficult. He traveled to California to visit his girlfriend, who was five years older than him. I was concerned due to cultural differences and life experience. After returning from a three-week visit to the United States, he struggled to complete his first year of university. His thoughts were focused entirely on his relationship and his desire to prove his love.

Between July and December 2022, after returning from the United States, Misha became deeply depressed. In 2023–2024, he entered military service, despite having a spinal condition that officially exempted him. I insisted he go, hoping it would help him emotionally recover after the breakup.

After completing military service, Misha ran away from home and was detained at Chișinău Airport in Moldova on July 6, 2024.

Due to the immense stress caused by these circumstances—seeing Misha in prison, facing media pressure, protecting my family and my younger child, and continuously supporting Misha—I became seriously ill. In November 2024, I was diagnosed with breast cancer. I underwent a major surgery on February 11, 2025, followed by radiotherapy. Chemotherapy was also recommended, but due to financial difficulties, I was unable to complete it. I am currently undergoing continuous hormone therapy and regular medical monitoring.

Unfortunately, my current financial situation does not allow me to seek treatment in Turkey, Israel, or the United States. I live under constant stress while waiting for the court decision, and my emotional and physical health continues to deteriorate without my son by my side.

I deeply wish to see my son return home as soon as possible so that I can support him in his recovery and help him rebuild a normal life. While I am alive and able, I want to provide him with guidance, work opportunities, and a future. I also dream of continuing our family traditions—traveling, going to the gym, swimming pool, movies, and concerts together, as we once did with my children and my mother. Above all, I hope to see Misha return home in time for me to one day become a grandmother. I respectfully ask the Court to consider my perspective when determining an appropriate sentence.

Respectfully,

Elene Agdgomlishvili
Tbilisi, Georgia
29 Jan 2026

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable Judge Amon,

My name is Irakli Chkhikvishvili. I am 56 years old, and I am the father of Misha Chkhikvishvili. I hold a technical degree in heavy machinery and work as a radio engineer for a GSM telecommunications company.

Our family has deep multinational and multicultural roots. On my father's side, the Chkhikvishvili family is historically known in Georgia. One of our ancestors, Benya Chkhikvishvili, was a prominent politician and a fighter for freedom and independence. He played a key role in the struggle for Georgia's independence, became the mayor of independent Tbilisi, and was associated with the Leuville Château, the residence of the Georgian government in exile. He was married to Nadejda Kaloeva, a woman of another nationality and a strong political figure with her own views.

On my mother's side, the Sepiashvili family (originally Sapir) was a Jewish family that suffered during Stalin's repressions. My grandfather was exiled to a gulag in Kazakhstan, where he married my grandmother, and my mother was born in exile. In order to return to Georgia, my grandfather was forced to change his Jewish surname to a Georgian one. Like many families in the Soviet era, our family received education primarily in the Russian language.

I married my wife, Elene, at the age of 31, and both families warmly supported our marriage. When Misha was born, Elene's mother temporarily moved into our home due to renovations. Misha grew up surrounded by close family members: his grandmother (Elene's mother), his great-grandmother (my grandmother), myself, his mother, and later his younger sister. Ours was a close and loving household.

Being a multinational family, we celebrated Georgian, Jewish, Armenian, and Christian traditions together. Russian was the main language spoken at home, which caused Misha some difficulties in kindergarten compared to native Georgian speakers. He was a very shy child and found public performances challenging. At the age of five, we hired a private teacher to help prepare him for school and protect his self-confidence. Throughout his school years, he continued studying with tutors and participated in various activities, including gymnastics, swimming, dancing, tennis, rugby, music, and others.

The year 2016 was particularly difficult for Misha. He accidentally injured his eye during a lesson with a tutor but endured the pain in silence until early morning. That same year, his grandmother (Elene's mother) passed away after a long battle with cancer. Misha helped care for the family and supported his younger sister, who was almost two years old at the time. Shortly thereafter, our family dog also passed away.

In November 2016, Misha fell while returning from a dance lesson and suffered a serious spinal injury. He again minimized his pain and did not immediately seek medical help, resulting in nearly six months of recovery confined to bed.

Despite these hardships, Misha remained hardworking and responsible. By the age of 16, he was simultaneously attending school, completing an internship, and working as a sales consultant in a hypermarket. During the COVID-19 pandemic, he continued working while studying online and independently financed his university exam preparation. During lockdowns, he also helped relatives by delivering food, assisting with daily needs, and caring for animals.

In 2021–2022, he successfully passed university entrance exams and continued his studies online while working. In March 2022, he traveled to California to visit his girlfriend during a short vacation. He returned emotionally distressed and soon discontinued his university studies, intending to return to the United States.

In June 2022, Misha and I traveled to New York to assist my elderly relatives, who were suffering from serious health conditions, including cancer. Misha found employment at a hotel in Pennsylvania, and I accompanied him there to support him. His intention was to save money and return to California. Unfortunately, due to an unstable and unhealthy relationship, his emotional condition worsened, and we returned to Tbilisi in December 2022.

In early 2023, Misha began an internship at a Marriott hotel but left after two months due to depression. In March 2023, he voluntarily entered mandatory military service for one year, hoping it would help him recover emotionally and regain stability.

After completing military service in April 2024, Misha continued to struggle psychologically. At one point, he expressed a desire to go to war in Ukraine, which deeply alarmed us as parents. Despite our constant support, he eventually left home and was detained on July 6, 2024, at the Moldovan border. From July 6, 2024, until May 22, 2025, Misha was held in detention in Moldova.

In summary, Misha is a young man who has not yet found his place in life. He has endured significant emotional trauma and has often internalized his struggles rather

than seeking help. He is not a violent or malicious person but someone who has been lost and vulnerable.

I respectfully ask the Court to consider reducing his period of imprisonment. Prolonged incarceration, in my belief, will only further traumatize him and diminish his chances of rehabilitation and reintegration into society.

Thank you for your time and consideration.

Respectfully,

Irakli Chkhikvishvili
Father of Misha Chkhikvishvili
Tbilisi, Georgia

29. January 2026

The Honorable Carol Bagley Amon

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Honorable Judge Amon,

My name is Grigori Chkhikvishvili. I am 77 years old, retired, and I am the grandfather of Misha Chkhikvishvili. I respectfully submit this letter in support of my grandson.

I am aware that Misha has pleaded guilty to a serious offense. I do not seek to excuse his actions, but I wish to share my personal experience and perspective as his grandfather and as an elderly person who has depended greatly on his support.

Our family has a long and well-known history, which we deeply respect and strive to honor through generations. My grandfather, Benjamin Chkhikvishvili, was a prominent political figure involved in the Social Democratic movement in the early twentieth century. He served as the head of the Gurian peasant government, known historically as the "Gurian President," and later as the Mayor of Tbilisi from 1919 to 1920. Immigrated to France where become official owner of LEUVILLE chateau, a residence of the Georgian government in exile. His legacy is recognized in historical records, documentaries, and exhibits, including those at the National Museum of Georgia. . In 4 August 2023 US Ambassador in Georgia Kelly C. Dagnan participated in opening ceremony of his monument in Ozurgeti.

Misha is the only direct male descendant of Benjamin Chkhikvishvili among our relatives, and our family has always hoped that this legacy would continue with dignity and responsibility.

I live separately from my son and grandson. During the COVID-19 pandemic, when I was isolated and vulnerable, Misha was my primary source of help and companionship. At that time, he was studying, working in a supermarket, and preparing for his university exams. Despite curfews and the lack of public transportation, he regularly brought me groceries by bicycle. More importantly, he provided me with human connection and conversation, which no phone or television can replace.

Even now, while incarcerated, Misha continues to call me and tries to encourage and support me emotionally. This means a great deal to me, especially given my fragile health. I have undergone two heart surgeries, one around 2018 and another in 2024, and my condition requires ongoing emotional stability and support.



I hope to live long enough to continue supporting my grandson in his efforts to take responsibility for his actions and to rebuild his life. I bequeath my apartment to Misha. In this regard, I respectfully ask the Court to consider mercy and to avoid imposing an excessively harsh punishment.

Respectfully,

Grigori Chkhikvishvili
Tbilisi, Georgia

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

January 4, 2026

Dear Judge Amon,

My name is Svetlana Ruocco, and I am Michael's grandmother. I am 77 years old, retired, and have been living in New York since the year 2000. I am a United States citizen. I was born in Kazakhstan. Since my father was Jewish in Stalin's era, he was in prison there and married there. Later we moved to Tbilisi. I moved to USA when I was 50 years old.

I traveled to Georgia in 2010, when my grandson was about seven or eight years old, to visit our family. My family and my son wife family have known each other for many generations, as we have lived in the same neighborhood since the house was first built. In 2013, Michail and his father, Irakli, came to visit me and my mother in New York, and later Michail's mother Elene, joined them.

In June 2022, Michail and Irakli again came to New York to help care for me and my mother who is 96 years old. I am suffering from cancer and have serious health limitations. At that time, we both required significant assistance with daily life and medical care.

Michail was an enormous help to us. Due to my disability, it is very difficult for me to move independently. Michael took care of grocery shopping, cooking, household repairs, and regularly accompanied me to hospital appointments and chemotherapy treatments. I would like to emphasize that Michael is a kind, caring, and supportive young man who always tried to help his family. He is a good-hearted person who wants to please and support those close to him.

I am aware that Michail has pleaded guilty to a serious crime. Michael is very young and has not yet had the opportunity to truly begin his life, so I respectfully ask the Court for leniency in sentencing.

Thank you for your time and consideration.

Respectfully,
Svetlana Ruocco
Brooklyn, New York S. Ruocco

The Honorable Carol Bagley Amon

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Amon,

My name is Alexander Gedevanishvili, I am 22 years old, student of Javakhishvili State University studying Computers and science.

I respectfully submit this letter in support of Mikhail (Misha) Chkhikvishvili. I understand that Mikhail has pleaded guilty, and I fully respect the Court and the seriousness of the matter before it. This letter is not intended to justify his actions, but rather to share my personal perspective on Mikhail as a person whom I have known for many years. The conduct at issue is inconsistent with the character traits I have observed during our long-standing acquaintance.

I have known Mikhail since childhood. We grew up together and spent a significant amount of time in each other's company over many years. We regularly met in Tbilisi, visited each other's homes, and our families were well acquainted. We also attended tennis training camps together, which allowed me to observe Mikhail in a structured and disciplined environment. He was very honest and direct.

Based on my long-term personal experience, Mikhail has consistently demonstrated a calm and respectful demeanor. By way of example, when my family was preparing to move to a new apartment, Mikhail was one of those who voluntarily offered to help with the move, despite the fact that at the time he was still undergoing rehabilitation following a serious spinal fracture.

I respectfully ask the Court to take this perspective into consideration, I am ready to support my friend to get back to regular life routine.

Sincerely,

Alexander Gedevanishvili

Tbilisi, Georgia

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Letter of support on behalf of Michail Chkhikvishvili

Dear Judge Amon,

I am Medea Mamulashvili from Tbilisi, Georgia. I am a 68 years old doctor in the field of dermatology and cosmetology and I submit this letter in support of Michail Chkhikvishvili whom I have known since he was a child.

I Met Michail very often and I can say that he was a very clever and kind-hearted kid. He often visited me and my daughter with his mom. My daughter used to do ballet and he never skipped any of her performances, which again showed his dedication for friendship and his humanity. He used to show up with flowers as big as he was and always tried to make my daughter happy. He was a very considerate person, even as a kid.

When he grew up he used to visit my dermato-cosmetology center a lot, he was and is very appreciative and respectful person. He was a great friend for my kid since childhood.

All I can say is that he is a very decent, compassionate and a warm hearted person who always cares about others well being.

I respectfully ask you to consider these words when sentencing him. I hope you take into account all the lives he has touched and especially how his absence will effect people around him.

Respectfully yours,

X ____________

Medea Mamulashvili

Tbilisi, Georgia

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Letter of Support on behalf of Mikheil Chkhikvishviili

Dear Judge Amon

My name is Alexander Margvelashvili. I am 23 years old. I graduated from university with a Bachelor of Arts degree and I respectfully submit this letter in support of Mikheil Chkhikvishviili, whom I have known personally since childhood as their neighbor and friend.

Mikheil and I used to play games, draw and hang out when we were young. we had a lot of similar interests, such as watching movies playing Lagos and toys and just being in each other's company. We knew one and others families, since we often visited each other's apartments. We even went to my aunt's summer house for a week when we had school brake. We used to sleep on the lawn in tent, swim in the pool and play around as kids do. Mikheil has always been kind, respectful and fun to be around. At that time of our lives, we were inseparable. I always felt safe and trusted to be around him.

I am aware that Mikheil pleaded guilty to a serious crime but I hope your honor will be lenient towards him and give him chance to come home soon to his family and friends who love and miss him very much.

Respectfully Alexander Margvelashvili

Date: 24.12.25

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Letter of Support on Behalf of Michail ("Misha") Chkhikvishvili**

My name is Inga Potskhishvili. I am 50 years old and a market research professional, and I have worked in the field of marketing and consumer research for many years. I am writing in support of Michail ("Misha") Chkhikvishvili. I have known Misha and his family for many years and have known him since his birth. Over time, I have had the opportunity to observe his character and personal development.

I am aware that Misha has pleaded guilty, and I write with full respect for the Court and the seriousness of these proceedings. The purpose of this letter is not to excuse his conduct, but to provide the Court with my personal perspective on him as a person.

Misha was raised in a close-knit and caring family where responsibility, respect for others, and support for loved ones were strongly emphasized. These values played an important role in shaping his character. From an early age, Misha was calm, polite, and attentive. He showed empathy and a genuine willingness to help others as a natural part of who he is. As a teenager, he voluntarily participated in helping care for animals at a zoo, reflecting his compassion and desire to contribute positively.

Misha has always been modest and reserved and tried not to burden his family with personal difficulties. After sustaining a serious spinal injury, he did not immediately inform his family in order to avoid causing them unnecessary concern. In my view, this reflects his consideration for others.

Like many people, Misha has faced personal challenges, including a tendency to trust others and see the best in people, which at times led him into difficult situations. Throughout all the years I have known him, however, I have never observed aggressive or violent behavior on his part.

The conduct for which Misha was convicted is inconsistent with the person I have known. Based on my limited recent communication with him, as well as my continued contact with his parents, it is clear to me that he understands the consequences of his actions and feels genuine remorse.

Misha has a strong and supportive family and close friends who remain committed to helping him move forward. His family is currently facing serious health challenges, including his mother's illness, which has placed additional emotional strain on them. Upon his return, I am prepared to offer him personal support and assistance in rebuilding his life in a constructive and lawful manner.

I respectfully ask the Court to consider this perspective, together with Misha's character and support network, when determining an appropriate sentence.

Respectfully yours,

Inga Potskhishvili
Tbilisi, Georgia
December 28, 2025

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Date: 13/Jan/2026

Honorable Judge Amon,

My name is Guram Siprashvili, 27 years old, MD, Dermatology resident. I'm fourth floor neighbor of Chkhikvishvili family and have known them practically for my whole conscious life. I have been close friends with Mikheil's mother Elene for a while now and helped her get in touch with best oncologists and treatments for her diagnosis due to my connections to the medical field. I am writing this letter with the hope that you will review my observations about Mikheil's character.

As neighbor when I ran into Mikheil he was always respectful, cheerful and bit shy person. Whenever he saw my grandmother with groceries, he would always give her a helping hand. Occasionally I would bring my dog to Mikheil's home for his sister and him to play with. As a whole family are good with animals. Mikheil even brought small blue parrot home and took it upon himself to take care of it.

Whenever I visited his mother Elene, if Mikheil was home he would always come to greet me respectfully and if he was free, he would occasionally join us for a coffee to have a chat. During those chats we would talk about many things: stories, dreams and aspirations, occasionally some issues, obviously, as he was a teenager at the time. Sometimes Mikheil would have me in awe as his thought process was mature and considerate of other people around him, as he always tried to solve problems without conflict.

I am aware that Mikheil pleaded guilty to serious crime. Purpose of this letter is to share my experiences with Mikheil and describe his character without disregarding the full weight of his actions.

Thank you for taking the time to read my letter. Hopefully, I will be able to provide you with valuable insight into Mikheil's personality, so you can review his character from all angles and carry out a just sentence.

Respectfully
Guram Siprashvili
Tbilisi, Georgia.

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

December 26, 2025

# Letter of Support

Honorable Judge Amon,

My Name is Giorgi Akopov. I have known Mishka since the day he was born — he is the son of my cousin. From early childhood, Mishka was a very kind, caring, and attentive child. He grew up in a well-balanced and supportive family, where both his father and mother paid great attention to his upbringing and all-round development. I understand that Mishka was pleaded guilty to a crime and the purpose of this letter is informative, to provide you with information about Mishka, whom we have known since childhood.

From a young age, he attended many clubs, sports sections, and educational courses, such as drawing, clay modeling, foreign languages, swimming, rugby, fencing, and many others. At the same time, he spent a lot of time at home with his family.

Mishka has a younger sister, Anushka, whom he always cared for deeply. He took her to school and picked her up, spent almost all of his free time with her, and loved her unconditionally. Our families met often, and Mishka was always cheerful, friendly, and ready to help whenever he was asked.

We repeatedly spent time together: riding bicycles, playing ball games, and going to the swimming pool. By tradition, we always celebrated the New Year together, and to this day we continue to keep this warm family tradition.

When Anushka was three years old, she was eagerly waiting for Santa Claus. Knowing this, Mishka bought a Santa Claus costume, dressed up, and came to visit her. It was very funny because Anushka recognized him immediately as soon as he said "ho-ho-ho." We tried for a long time to convince her that it was the real Santa Claus and not her brother, but she insisted that Santa should be fat, while Mishka had always been very thin.

Starting from 9th grade, Mishka began working because he always tried to be independent. Over the past few years in school, he changed several jobs as he was always striving for more.He has always been responsible, tried to help his parents, and enjoyed spoiling his sister with sweets, toys, and everything she asked for.

When Mishka came to visit us, the adults could calmly attend to their own matters — he would invent various games for the children, and they were absolutely delighted. Sometimes I was even surprised that he never got tired of playing children's games for such a long time. Watching him, it seemed as if he were their peer, so deeply was he involved in playing with the children.

Speaking about Mishka's family, it is worth noting that they often traveled, visited many interesting places, and spent a lot of time together, placing great importance on family values and mutual support. A very important role in Mishka's life was played by his grandmother, Nono, who was with him from the day he was born until the moment she passed away. At that time, Mishka was 13 years old, and it was a tremendous loss in his life, as he loved his grandmother endlessly.

Looking at this pair, it was clear to everyone that they were never bored together: sometimes they went to amusement parks, sometimes to the cinema, and sometimes simply went for walks. When they were at home, they watched television together, cooked, cleaned, did the laundry, and of course went shopping.

In conclusion, I would like to once again emphasize Mishka's qualities that were impossible not to notice: he has always stood out for his modesty, kindness, and care for his loved ones. Everyone deserves a second chance, an opportunity to prove themselves. From our side, we will do everything we can to assist him in finding employment and adjusting to his new circumstances. We believe that with the right support, he will have the chance to start fresh and move forward.

We really hope to see him soon

Respectfully Giorgi Akopov

[redacted]

Tbilisi, Georgia

The Honorable Carol Bagley Amon

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Re: Letter of Support on Behalf of Michail ("Misha") Chkhikvishvili

Date: 08.01.2026

Dear Judge Amon,

My name is Kevin Barry. I am a student at University College Dublin, where I am completing a Bachelor of Science in Economics, Philosophy, and Politics. I am writing in support of Michail Chkhikvishvili, whom I know personally as "Misha."

I first met Misha in 2009 during a family visit to Tbilisi, when I was four years old. Although we were young and did not remain in contact afterward, I remember him as friendly and playful. One small but lasting memory from that visit is him teaching me the Georgian word "magari," meaning "cool," which stayed with me over the years. I also remember his mother as warm and welcoming, and this sense of kindness within his family left a positive impression on me even at that early age.

I later became reacquainted with Misha in April 2024 while visiting family in Tbilisi again. This visit was particularly significant for my family, as it was my first time returning in fourteen years, following the passing of our grandfather. Misha is the son of my mother's close friend, and we arranged to meet during my stay. As we are of a similar age, we spent a considerable amount of time together and quickly developed a genuine friendship.

During the time we spent together, I found Misha to be thoughtful, calm, and respectful in conversation. Our discussions were ordinary and personal in nature, focused on everyday life, family, and future plans, and they reflected a considerate and measured way of interacting with others. I would like to emphasize the intellectual capacity he demonstrated in our conversations, which left a strong impression on me.

One experience in particular stands out. On an evening in Tbilisi, I had drunk too much and was unfamiliar with the city and its surroundings, which left me vulnerable. Misha took responsibility for my safety. He ensured I was removed from potentially dangerous situations, de-escalated tensions around us, and stayed with me until I was safe. He did this calmly and without hesitation. I did not feel judged or abandoned; instead, I felt protected and cared for. I remain deeply grateful for his actions that night.

Throughout the time I spent with him, I observed Misha to be composed, non-aggressive, and considerate of others. He showed awareness of how his actions affected the people around him and demonstrated a strong sense of responsibility, particularly toward those who were more vulnerable.

I am aware that Misha pleaded guilty to a crime, and I write with full respect for the seriousness of these proceedings and the authority of the Court. I wish to share my honest personal experience of his character, based on my observation of him acting with care, intelligence, and concern for others when it truly mattered.

I respectfully ask the Court to consider this perspective as part of its determination of the appropriate sentense.

Respectfully yours,

Kevin Barry

Dublin, Ireland

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Amon,

My name is Ketevan Nadirashvili, and I am from Georgia. In 2018, I worked as a nanny for the Chkhikvishvili family. I know the family very well. Misha has very caring parents. Misha was an excellent child; he always treated his sister with great care and affection. He entertained her, played with her, and was always interested in her well-being, even when he was not at home. Misha was notably respectful toward me. He loved his mother and sister dearly. He would assist me with meal preparation and always fulfilled any request I had. He would go to the store for me, help with taking out the trash, and we would often go for walks together with his sister. At that time, he had a hoverboard and would teach me how to ride it. Misha was a very well-balanced and lovely boy.

I also stayed with the family overnight when the parents were traveling abroad for vacation. Misha always demonstrated a high sense of responsibility, even in his parents' absence, especially at night. He ensured that I did not struggle with caring for the children and provided support throughout the period his parents were away. Misha frequently assisted me with various chores and made an effort to keep his sister entertained whenever I was occupied with household tasks.

Misha is a kind, caring, and very friendly person. Even after I left my position with the family, I maintained a relationship with them. Misha would consistently check in on me and never forgot to reach out. He often looked after his sister and supported me in caring for my own mother, as I frequently had to leave work early due to her illness. I felt completely confident leaving his sister in his care because I knew he approached everything with the utmost responsibility.

To this day, I continue to maintain a relationship with Misha's parents and his sister, despite having had to leave my job to care for my ailing mother. I know that he pleaded guilty to a serious crime and I hope your honor will be lenient and gives him second chance.

Respectfully,

Ketevan Nadirashvili

Tbilisi, Georgia

Mobile: [redacted]

22 December 2025

The Honorable Carol Bagley Amon

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Honorable Judge Amon,

My name is Irina Mirianashvili, 49 years old. I am writing this letter in support of Michail ("Misha") Chkhikvishvili.

I am aware that Misha has pleaded guilty, and I write with respect for the Court and these proceedings. I do not seek to excuse his actions, but to share my personal experience of knowing him since childhood.

I have been a close friend of Misha's mother, Elene Adgomlishvili, for over thirty-three years, and I am Misha's godmother. Because of this, I have been closely involved in his life from the day he was born and have seen him grow not only as a son, but as a caring and responsible young person.

I remember Misha as a gentle and attentive child who naturally looked after others. When we spent time together with our families, he was always mindful of younger children and especially protective of his sister. These were not things he was asked to do - they were part of who he was.

I have also witnessed Misha's kindness in everyday situations. I recall seeing him help an elderly woman carry heavy bags in a supermarket, and on many occasions he offered help to others without being asked. Even after suffering a serious spinal injury, he returned to work before fully recovering, determined not to depend on others.

Misha also completed mandatory military service under difficult conditions. Our family was proud to see him participate in the Independence Day oath ceremony, an honor not given to everyone.

Throughout all the years I have known him, he has always been calm, respectful, and considerate toward others.

My family and I remain committed to supporting Misha and helping him rebuild his life.
I respectfully ask the Court to consider my perspective and the role of his family when determining an appropriate sentence.

Respectfully,

Irina Mirianashvili

08. 01. 2026

[redacted]

January 2, 2026, Tbilisi

**Honorable Judge Amon,**

My name is Nato Mikava. I am a teacher with 30 years of professional experience, and I currently work as an English language teacher and university counselor at the Georgian-American School.

I have known the family of Mikheil Chkhikvishvili for many years, as we were neighbors. My parents were well acquainted with Mikheil's grandparents on both sides of the family, who were distinguished by their integrity and honesty. I have known Mishka since his early childhood, as I had a good relationship with his mother, Aliona. Since childhood, Mishka was a shy, polite, and well-raised boy. He was always the first to greet others.

When he grew older, around the sixth grade, Aliona asked me to tutor him in English. Mishka attended lessons at my home for approximately two years. He was an exceptionally polite, respectful, and lovable child. I taught him three times a week. I advised Aliona to transfer him to the private school where I was teaching, as this would allow him to study English more intensively. Mishka adapted to the school very quickly and soon made friends. He was liked by everyone because of his extraordinary kindness and strong sense of fairness.

As for his studies, he could be somewhat lazy at times, but he was very talented. Eventually, Aliona decided to return him to his former school due to the high tuition fees. After that, I encountered Mishka only occasionally, but whenever I saw him, he would warmly greet me.

I believe that at some point, an unusual turning point occurred in Mishka's life, as the information I have heard about him is completely unimaginable, considering his character. It is possible that he came under the strong influence of someone.

I sincerely hope that you will take into account the information I have provided and show leniency in sentencing, as giving such a young person a chance could save his future and the many opportunities he undoubtedly possesses.

Yours sincerely,

ნ. მიქავა

Nato Mikava

[redacted]

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Date: 07.01.2026

Dear Judge Amon,

My name is Nina Barry. I am a close and long-standing friend of the Chkhikvishvili family, and I have known Mikhail ("Misha") Chkhikvishvili and his mother, Elene Agdgomlishvili, for many years. I respectfully submit this letter to share my personal observations of Misha's character.

My friendship with Elene began in 1996 in Tbilisi, Georgia, and has continued for nearly three decades. Through this long relationship, I have known her to be a responsible, hardworking, and deeply caring person, particularly devoted to her family. I have known Misha since his birth and have witnessed the strong, loving environment in which he was raised.

I currently reside in Dublin, Ireland. I am married, a mother of three children, and a first-year psychology student at the National College of Ireland. Although we have lived in different countries over the years, our families have remained in close contact, and I have spent time with Misha on several occasions.

Most recently, in April 2024, I visited Tbilisi with my three children and spent significant time with Elene and Misha. During this visit, I personally observed Misha as a respectful, attentive, and considerate young man. He consistently behaved in a protective and responsible manner toward me and my children, ensuring our safety and well-being while we were in an unfamiliar environment. His conduct reflected maturity, courtesy, and genuine concern for others.

I am aware that Misha pleaded guilty to a crime, and I understand the seriousness of the matter before the Court. I do not seek to minimize the circumstances of this case. I only wish to offer my honest perspective based on my personal experiences with him over many years. From what I have known and observed, Misha is capable of responsibility, reflection, and positive contribution.

Thank you, Your Honor, for taking the time to review my letter and my perspective. I respectfully ask that my observations be taken into consideration when determining Misha's sentence.

Respectfully yours,

N. Barry.

Nina Barry
Dublin, Ireland

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Letter of Support on Behalf of Michail ("Misha") Chkhikvishvili

Dear Judge Amon

My name is Nikoloz Nakashashvili, and I respectfully submit this letter in support of Michail ("Misha") Chkhikvishvili, whom I have known personally for many years.

I first met Michail in the third grade when I transferred to his class. From that time on, we became classmates and quickly developed a close friendship. We spent a significant amount of time together both in school and outside of it, which allowed me to know him very well. Over the years, he consistently demonstrated loyalty, honesty, and strong moral character, proving himself to be a trustworthy and caring friend on numerous occasions.

Through our friendship, I also became familiar with his family, including his parents and younger sister. They are kind, respectful people, and it was clear to me that Michail was raised in a loving, supportive, and well-structured family environment. His upbringing was reflected in his behavior: he was always polite, calm, respectful, and supportive toward others.

During the COVID-19 pandemic, Michail stayed with my family in my village for several weeks. During this time, we lived together closely, and I was able to observe his behavior on a daily basis. He was consistently helpful and responsible, actively participating in household chores such as chopping wood, cooking meals, cleaning the garage, and assisting wherever needed. Outside of these responsibilities, we spent time together playing games, including on my Xbox and his PlayStation. His behavior during this extended period further confirmed his reliability, work ethic, and respect for others.

I also personally witnessed Michail's willingness to go out of his way to help others in difficult situations. One notable example occurred at school when I was at risk of failing my Russian language class and urgently needed additional points to pass. Michail recognized the seriousness of my situation and took the initiative to speak with the teacher, requesting an opportunity for extra credit through a group presentation. He then helped me step by step with the preparation, explained the material clearly, and fully completed his part of the presentation. As a result, I was able to earn the necessary points and avoid failing the class. This experience demonstrated his selflessness, responsibility, and genuine concern for others.

I personally witnessed many acts of kindness from Michail. On several occasions, when he saw stray dogs or cats that were hungry, he would go out of his way to purchase food for them. Throughout all the time we spent together, I never observed any violent or aggressive behavior from him, even in situations where he was provoked. He consistently chose restraint and calmness.

In recent years, our contact became less frequent due to life circumstances. Michail spent time in the United States, while I was focused on my studies and work. Because of this reduced communication, I was not fully aware of the details of his life during that period. However, when we met again after his return from the United States, he was the same person I had always known—calm, respectful, and thoughtful.

It has been extremely difficult for me to reconcile the person I know with the allegations I have heard. Based on my long-term personal experience with Michail, I believe he understands the seriousness and consequences of his actions and feels genuine remorse.

I respectfully ask the Court to consider my observations of Michail's character, upbringing, and long history of non-violent, compassionate behavior when making its determination.

Thank you for your time and consideration.

Respectfully yours,

Nikoloz Nakashashvili

Tbilisi, Georgia

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Amon:

We are writing to offer the Court our perspective on the character of Michail Chkhikvishvili. Our family has known Michail since he was seven or eight years old, and he has been part of many important family occasions and memories over the years.

We understand that Michail has pleaded guilty, and we do not write to minimize the seriousness of this matter. We also understand that sentencing is the Court's responsibility. Our purpose is to provide character context based on our long-standing relationship with Michail and his family.

Across many family interactions over the years, we have consistently known Michail to be friendly, warm, and genuinely funny-someone who brings lightness and positivity to people around him. We have also seen his sense of responsibility within his family. He regularly helped his mother, Elena, with household responsibilities, which we associated with a young man who cared about his home and the people close to him. Elena is currently undergoing cancer treatment, and the family is facing significant medical and caregiving pressures.

Michail has been present at our family celebrations, including our children's birthday gatherings, and he consistently contributed to a respectful and positive atmosphere. One specific memory that reflects his character is a family trip we took to Borjomi in 2013 or 2014. Throughout the long drive he kept everyone smiling and laughing while remaining attentive and considerate, and in Borjomi Park he showed the same thoughtful presence. It left a clear impression on us that he is the kind of person who helps others feel comfortable and included.

Another memory that stands out is a New Year celebration when Michail, his mother Elena, and his sister joined our family at our home. The children played together and enjoyed the holiday, and Michail helped create a warm, respectful atmosphere throughout the evening.

While we fully understand the seriousness of the offense and the Court's considerations at sentencing, our experience over many years is that Michail also has positive qualities and a strong family support network. We respectfully ask the Court to consider leniency within its discretion, consistent with the goals of sentencing and rehabilitation. We believe accountability and structure are essential for rehabilitation, and we would encourage and support him in following a disciplined, law-abiding path. If the Court allows Michail an opportunity to return to the community sooner, we are willing to support his reintegration with structured mentorship and employment-related guidance, subject to applicable policies and legal requirements.

Thank you for your time and consideration.

Respectfully yours,

Arman Obosyan
Nana Lekiashvili
Nicole Obosyan
Sophie Obosyan

Tbilisi, Georgia

The Honorable Carol Bagley Amon

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Amon,

My name is Olesya Kushnariova, I am 50 years old. Working in tourism company as IT Support Manager.

I respectfully submit this letter in support of Mikhail (Misha) Chkhikvishvili.

I am aware that Mikhail has pleaded guilty, and I fully respect the Court and the seriousness of the matter before it. The purpose of this letter is not to justify his actions, but to share my personal perspective on Mikhail as a person whom I have known for a very long time.

I have shared a long-standing and very close friendship with Mikhail's family. I have known his parents since our youth, we have been friends throughout our lives, and we have spent a great deal of time together, including multiple family vacations by the sea in Georgia and abroad.

I have known Mikhail since childhood and have observed the kind of person he has grown into over the years. From an early age, he was a positive, calm, and kind-hearted boy. He consistently showed care for those close to him, especially his sister, and was always kind, responsive, and considerate toward others and his friends. As a personal example, I would like to share the following: during a difficult time for me, when my cat became ill and urgently needed veterinary care, and I was unable to take him myself, Mikhail helped me. Despite the fact that at that time I was ill with COVID-19, he took my sick cat to the veterinary clinic.

The conduct at issue is deeply inconsistent with the image of Mikhail that has formed for me over many years of knowing him. Through my communication with his family, I understand that Mikhail recognizes the consequences of his actions, feels sincere remorse, and views what has occurred as a serious life lesson.

We, as close friends of Mikhail's family, remain by his side and are prepared to continue supporting and assisting him. I respectfully ask the Court to take this perspective into consideration when reviewing the case.

Respectfully,

Olesya Kushnariova

Tbilisi, Georgia

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Amon,

My name is Tamta Nakashidze. I am Misha's sister-in-law, his uncle's wife. I understand that Misha pleaded guilty, but I would like to share my personal feelings toward him. I met Misha 13 years ago, and our very first meeting was memorable. From that very day, he won me over with his warm, cheerful, and polite behavior. Very soon, I became part of this wonderful, close-knit, and caring family, where love and mutual respect were always felt.

I especially remember how much Misha loved his grandmother and how precious the time he spent with her was to him. They were inseparable friends. I also remember the days we spent together. One day, in particular, stands out in my memory. We went to the zoo, where there was a rope-climbing attraction. We spent a long time climbing on the ropes, and I felt that despite his own fear, he tried to help me. At that time, I was 19 years old, and he was 9.

When I became pregnant and shared the news with him, his eyes lit up and he laughed, saying, "I'm going to have another sister." He told the news to everyone, as if he were sharing his greatest secret and happiness. After that, he counted the days, was interested in everything, asked me how I was, how I felt, and how everything was going. His joy was contagious, and he turned this waiting period into something warmer and brighter for everyone.

We always gather together and celebrate church holidays, birthdays, and the New Year as a family. We often visit one another even without any special reason. Once, we all tried baking a cake together. It did turn out tasty, but it looked very unattractive, which made us laugh a lot thanks to Misha. I also remember very warmly how he played with the children. Sometimes he was Spider-Man, other times Elsa from *Frozen*. We have many photos of the time we spent together, memories that all of us still cherish.

Later, another little one joined our family. Misha grew up and shared our family traditions with the younger children in the family. He helped them feel the love, unity, and joy that were the core values of every celebration. To me, he has always been a caring, open, polite, and cheerful person. He often gave me advice and always stood by my side. When he went into the army, his absence was deeply felt and there was noticeable emptiness in our family.

Elene, Misha's mother, is suffering from cancer. She has already undergone one difficult surgery and still faces a long course of treatment ahead. As you know, oncological illnesses can be triggered and worsened by severe emotional stress, which she has been experiencing

continuously since the day of Misha's arrest. In such a difficult situation, a son's presence beside his mother is especially important. According to psychologists, during such serious illnesses, the support of family members—particularly a child—improves not only emotional well-being but also the body's overall resilience.

With great faith, we await the day when he will return to us.

Tamta Nakashidze
Tbilisi, Georgia

December 26, 2025

The Honorable Carol Bagley Amon

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

ღრმად პატივცემულო ამონ,

ჩვენ გახლავართ მუსიკოსების ოჯახი. რუსუდან მუმლაძე მუსიკოსი, მომღერალი. ჩემი მეუღლე, ზურა ლალიაშვილი, საქართველოს დამსახურებული არტისტი, კომპოზიტორი, ლეგენდარულ ანსამბლ "ივერიის" წევრი. ჩვენ ვართ მიხეილ ჩხიკვიშვილის ოჯახის, მრავალი წლის მეგობრები. აქედან გამომდინარე, თამამად შეგვიძლია ვთქვათ, რომ მიხეილი ჩვენს თვალწინ გაიზარდა ქართულ ტრადიციულ,პატიოსან, მოსიყვარულე ოჯახში. მას ბავშვობიდან ვიცნობთ როგორც პოზიტიურ, ზრდილობიან, მზრუნველ და კომუნიკაბელურ ადამიანს.

მისი ბაბუა, ილია აღდგომლიშვილი, კოლეგა და ჩვენი დიდი ხნის ნაცნობი გახლდათ. მიხეილის დედა, ჩემი ახლო მეგობარია. აქედან გამომდინარე, ბევრი დრო გვაქვს ერთად გატარებული ოჯახებთან ერთად. განსაკუთრებით ზაფხულობით, როდესაც ერთად ვისვენებდით ზღვისპირა ქალაქ ბათუმში.

ის საოცრად მზრუნველობდა უმცროს დას და ეხმარებოდა დედას საყოფაცხოვრებო საქმეებში. დაბადების დღე ზაფხულში მაქვს. შესაბამისად, ყოველთვის ბათუმში ავღნიშნავთ. აღსანიშნავია, მიხეილის აქტიური მონაწილეობა ჩემს მეუღლესთან და მეგობრებთან ერთად, რათა განსაკუთრებული სიურპრიზი მოეწყოთ ჩემთვის.

მას ბავშვობიდან ვამჩნევდით მამაკაცური თვისებებს, რაც გამოიხატებოდა მის მიერ წარმოთქმულ სადღეგრძელოებშიც კი.

ამ ყველაფრიდან გამომდინარე, ყველასთვის წარმოუდგენელი იყო ის მოულოდნელი ამბავი, რაც ახლა მის გარშემო ხდება.

უნდა აღინიშნოს, რომ 2024 წლის დეკემბერში, მიხეილის დედას აღმოაჩნდა ავთვისებიანი სიმსივნე. ჩაუტარდა სერიოზული ოპერაცია. იგი საჭიროებს მკურნალობის ხანგრძლივ კურსს. ამ მდგომარეობის გათვალისწინებით, დედა-შვილს, სასიცოცხლოდ სჭირდებათ ერთმანეთის მზრუნველობა და თანადგომა.

პატივცემულო მოსამართლევ, ამ ყველაფრის გათვალისწინებით, გვაქვს თქვენი სამართლიანობისა და გულისხმიერების იმედი.

პატივისცემით,

რუსუდან მუმლაძე

ზურა ლალიაშვილი

საქართველო, თბილისი

5. 01. 2026.

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Amon,

We are a family of musicians. I Rusudan Mumladze am a musician and singer. My spouse, Zura Laliashvili, is a Merited Artist of Georgia, a composer, and a member of the legendary ensemble "Iveria."

We have been longtime friends of the family of Mikheil Chkhikvishvili for many years. Therefore, we can confidently say that Mikheil grew up before our eyes in a traditional Georgian family rooted in honesty and love. From childhood, we have known him as a positive, polite, caring, and communicative person.

His grandfather, Ilia Aghdgomelishvili, was our colleague and a longtime acquaintance. Mikheil's mother is my close friend. Because of this, we have spent a great deal of time together as families, especially during summers, when we vacationed together in the seaside city of Batumi.

He showed exceptional care for his younger sister and helped his mother with household responsibilities. My birthday is in the summer, and we always celebrate it in Batumi. It is worth noting Mikheil's active involvement, together with my spouse and our friends, in organizing special surprises for me.

From an early age, we noticed strong masculine qualities in him, which were evident even in the toasts he would give. In light of all this, the unexpected events now surrounding him were unimaginable to everyone.

It must also be noted that in December 2024, Mikheil's mother was diagnosed with a malignant tumor. She underwent a serious surgical operation and requires a long course of treatment. Given these circumstances, it is vital for the mother and son to be together, providing each other with care and support.

Dear Judge, taking all of the above into consideration, we place our hope in your fairness and compassion.

Respectfully,

Rusudan Mumladz
Zura Laliashvili

Tbilisi, Georgia
January 5, 2026

The Honorable Carol Bagley Amon
United State District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Дата: 26.12.2025

**Письмо поддержки**

Уважаемая судья Амон,

Меня зовут Валентина Карапетян, мне 75 лет. Мишка – сын моей племянницы. Я понимаю, что он признался в преступление, но хочу поделиться с вами моими воспоминаниями. У нас маленькая, но дружная и сплоченная семья. Мы часто ходим к друг другу в гости, часто ездим вместе на отдых, так же отмечаем вместе праздники.

В одном из наших совместных отпусков в Батуми, мы поехали в горы на экскурсию, полюбоваться природой и отдохнуть. Мы доехали до определенного места на машине, но дальше нужно было, либо идти пешком, либо ехать на квадроцикле. Я сидела на квадроцикле у Миши, и он всячески обо мне заботился. Когда мы остановились, он вел меня за руку до водопада, так как там было много камней и он боялся, что я споткнусь. Он с детства, был очень дружелюбным, добрым и отзывчивым ребенком, всегда был рад помочь, при малейшей необходимости. Каждое утро, мы с ним вместе ходили на море. Он первым просыпался и будил всех остальных, чтобы все побыстрее собрались.

Так же мы с Мишей часто ездили отдыхать вдвоем, без его родителей. Несмотря на то, что, он был ребенком, с ним было всегда очень легко и спокойно. Он был весьма послушным. С ним было очень интересно, так как он большое время проводил за чтением и мог поддержать почти любую беседу.

По традиции мы всегда все праздники отмечаем вместе. Большинство подростков в его возрасте, предпочитают встречать новый год, отмечать дни рождения со своими сверстниками, но, Мишка всегда на первое место ставил свою семью. Он мог пойти отмечать какой-либо праздник со своими друзьями, нот только после того, как встретил бы его в кругу семьи. Семья для него всегда была на первом месте. Особое внимание он уделял своей младшей сестре – Анушке, которую он безмерно любит. Он всегда всячески ее опекал, помогал ей с уроками, учил ее плавать и делал все чтобы она никогда не грустила.

Моя племянница – мама Миши, долгое время борется с раковым заболеванием. Крайне важно для них обоих быть рядом, что бы сын мог заботится и помогать своей

Моя племянница – мама Миши, долгое время борется с раковым заболеванием. Крайне важно для них обоих быть рядом, что бы сын мог заботится и помогать своей маме. Прошу учесть все вышеуказанное. Все мы с нетерпением ждем возвращения Миши домой.

Валентина Карапетян

Тбилиси, Грузия

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Amon,

My name is Valentina Karapetyan, and I am 75 years old. Misha is my niece's son. I understand that he pleaded guilty to the crime, but I would like to share my personal memories with you. We have a small but close and united family. We often visit one another, frequently travel together on vacations, and celebrate holidays as a family.

During one of our joint vacations in Batumi, we went on a mountain excursion to enjoy the scenery and relax. We drove to a certain point by car, but after that it was necessary either to walk or to ride a quad bike. I was riding on the quad bike with Misha, and he took great care of me. When we stopped, he led me by the hand to a waterfall because there were many rocks and he was afraid I might trip.

From childhood, he has been a very friendly, kind, and compassionate child, always ready to help whenever needed. Every morning, he and I went to the sea together. He was always the first to wake up and would wake everyone else so that we could get ready as quickly as possible. Misha and I also often traveled together alone, without his parents. Even though he was a child, it was always very easy and calm to be with him. He was very well-behaved. He was interesting to talk to, as he spent a great deal of time reading and could carry on almost any conversation.

By tradition, we always celebrate all holidays together. Most teenagers his age prefer to celebrate New Year's or birthdays with their peers, but Misha always put his family first. He might go to celebrate a holiday with his friends, but only after he had first celebrated it with his family. Family has always been his top priority.

He paid special attention to his younger sister, Anushka, whom he loves dearly. He always looked after her, helped her with her homework, taught her how to swim, and did everything possible to make sure she never felt sad.

My niece—Misha's mother—has been battling cancer for a long time. It is extremely important for both of them to be together so that her son can care for and help his mother. I respectfully ask that all of the above be taken into consideration. We are all eagerly awaiting Misha's return home.

Valentina Karapetyan
Tbilisi, Georgia

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

მხარდაჭერის წერილი

პატივცემულო ამონ, მე ვარ თამთა ნაკშიძე, მიშას რძალი - დედის დეიდაშვილის მეუღლე. მესმის, რომ მიშამ აღიარა დანაშაული, მაგრამ მინდა გაგიზიაროთ ჩემი დამოკიდებულება მის მიმართ. მიშა 13 წლის წინ გავიცანი და პირველივე შეხვედრა გამორჩეული იყო. იმ დღიდანვე შემაყვარა თავი თავისი თბილი, მხიარული და ზრდილობიანი საქციელებით. ძალიან მალე გავხდი ამ საოცარი, შეკრული და მზრუნველი ოჯახის წევრი, სადაც ყოველთვის იგრძნობოდა სიყვარული და ერთმანეთის პატივისცემა. განსაკუთრებით კარგად მახსოვს როგორ უყვარდა მიშას ბებია და რამდენად ძვირფასი იყო მისთვის, მასთან გატარებული დრო. ისინი განუყრელი მეგობრები იყვნენ.

მახსენდება ჩვენი ერთად გატარებული დღეებიც. ერთ-ერთი დღე განსაკუთრებულად შემიძლია გამოვყო. ზოოპარკში წავედით სასეირნოდ, სადაც საძრომიალო ატრაქციონი იყო. დიდი ხანი დავძვრებოდით თოკებზე, სადაც განსაკუთრებით ვიგრძენი, რომ მიუხედავად შიშისა, ცდილობდა მე დამხმარებოდა, მე მაშინ 19 წლის ვიყავი, ის კი 9 წლის იყო.

როცა ფეხმძიმედ გავხდი და ეს ამბავი გავუზიარე, თვალები გაუბრწყინდა და სიცილით გაიძახოდა „მეორე და მეყოლება". მერე ამას ყველას უყვებოდა, თითქოს თავისი ყველაზე დიდი საიდუმლო და ბედნიერება გაეზიარებინა. დღეებს ითვლიდა, ინტერესდებოდა ყველაფრით, მეკითხებოდა როგორ ვიყავი, რას ვგრძნობდი, როგორ მიდიოდა ყველაფერი. მისი სიხარული გადამდები იყო და ამ ლოდინს ყველასთვის უფრო თბილ და ნათელ განცდად აქცევდა.

ჩვენ ყოველთვის ვიკრიბებით და ერთად ავღნიშნავთ ეკლესიურ დღესასწაულებს, დაბადების დღეებს, ახალ წელს. ხშირად დავდივართ ერთმანეთთან სტუმრად, ყველანაირი მიზეზის გარეშეც. ერთხელ ყველამ ერთად ვცადეთ ტორტის გამოცხობა. მართალია გემრიელი გამოვიდა, მაგრამ ძალიან შეუხედავი რაზეც ბევრი გვაცინა მიშამ. ძალიან თბილად მახსენდება ისიც როგორ თამაშობდა ბავშვებთან - ხან ადამიანი ობობა იყო, ხან ელზა „გაყინული გულებიდან". ერთად გატარებული დროის უამრავი სურათი გვაქვს, რომლებიც ყველას გვახსოვს.

მოგვიანებით ჩვენს ოჯახს კიდევ ერთი პატარა შეემატა, მიშა იზრდებოდა და თან ჩვენი ოჯახის ტრადიციებს უზიარებდა პატარებს (ანა, ელენე, დანი) აგრძნობინებდა მათ სიყვარულს, ერთიანობასა და სიხარულს, რომელიც თითოეული დღესასწაულის უმთავრესი ღირებულება იყო.

ჩემთვის ის მუდამ იყო მზრუნველი, ღია, ზრდილობიანი და მხიარული ადამიანი. ხშირად მაძლევდა რჩევებს და ყოველთვის გვერდში მედგა. როცა ჯარში წავიდა, მისი არყოფნა ძალიან დაგვაკლდა. ოჯახში აშკარად იგრძნობოდა სიცარიელე.

ელენე - მიშას დედა, არის ონკოდაავადებული. მან უკვე გადაიტანა ერთი რთული ოპერაცია და წინ კიდევ მკურნალობის დიდი გზა ელოდება. როგორც იცით, ონკოლოგიური დაავადების პროვოცირებას და მის დამძიმებას იწვევს ნერვული სტრესი, რომელსაც ის გამოდის მიშას დაჭერის დღიდან დღემდე. ამ რთულ სიტუაციაში დედის გვერდით შვილის ყოფნა განსაკუთრებით მნიშვნელოვანია. ფსიქოლოგების შეფასებით, ასეთი რთული დაავადების დროს ოჯახის წევრების, განსაკუთრებით შვილის, გვერდში დგომა არამხოლოდ ნერვულ მდგომარეობას, არამედ ზოგადად ორგანიზმის გამძლეობასაც აუმჯობესებს.

უდიდესი რწმენით ველით იმ დღეს, როდესაც ის დაგვიბრუნდება.

თამთა ნაკაშიძე [signature]

თბილისი, საქართველო

26.12.2025

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Letter of support on behalf of Michail Chkhikvishvili

Dear Judge Amon,

My name is Natali Mamulashvili, I am from Tbilisi, Georgia and I submit this letter in support of Michail Chkhikvishvili, whom I have known since childhood.

I have known Misha (his nickname) since we were kids and for that reason I could talk about him for hours.

I have this special memory that I like to think about whenever I am anxious. When we were little kids our Moms took us to see The musical that was famous around that time. I remember seeing bright, happy colors around us and the sound of actors echoing in the background. The whole scene felt magical, his presence made it magical. That's the kind of kid he was.

I cherish him and his childhood for many reasons. At first glance, he was an ordinary child, but if you got to know him, you would see that he was better than other kids. He was very gentle and loving. Always thought about ways to make people around him happy, and never failed to do so.

For example, he used to carefully pick flowers and other gifts to surprise me. Misha genuinely is a kind-hearted person, a gentleman. He is one of the main reasons why I remember my childhood so beautifully and I have always wanted to thank him for that.

He was very thoughtful, I was an extremely shy kid, and felt uncomfortable around people. Whenever I visited him, he used to take me to his sister's room where we could talk more comfortably or play with his sister, he made sure I wasn't feeling anxious. Sometimes he didn't even realize how truthful and kind his actions were, because he was born special.

One time he had a spine fracture and couldn't leave his house. I was very worried about him and decided to visit him, he felt that I was worried and made sure to calm me down, smile never left his face and as always, he only talked about things that were positive even though he was the one in pain. He is a passionate person, always respectful to others and always trying to help everyone with their struggles. I am sure if you look closely at him now, you can see the same sweet child looking back at you.

I respectfully ask the court to consider my observations of Michail and his character when sentencing him.

Sincerely,

x

Natali mamulashvili

Tbilisi, Georgia

Honorable Judge

The intended purpose of this brief letter is to inform the court/Peoples of the tremendous changes I have accomplish along with our fellow brothers in christ have seen in our brother MR. Michail CHKHIKVISHVILI

Our lord has used him to guide us to the path of salvation through faith and prayers. Our brother is what we all consider a role model for all to follow.

On numerous times while preaching he has expressed his regrets and repetance for his past mistakes and exorts us all to do the same. Everytime there is a new admit, our brother rises to the challenge and helps him seek the Lord.

Our brother Michail is an exeptional individual and has displayed this Quality in every aspect of his life showing he is indeed a changed man.

As such we would like to humbly request that our brother (in christ) MR. Michail given an oppurtunity to reunite with his family and Continue with the new path to salvation. The lord has set him up in order to impart the lords devine teachings.

| | | | |
|---|---|---|---|
| 1 | Midence Martiñez Jurcios | 10517506 x | |
| 2 | Javeil Abreu Navarro | 12014509 | |
| 3 | Walter Alfaro | 18048579 | |
| 4 | Herberth Rodriguez | 15745509 | |
| 5 | Mario Medina | 04109512 | Mario Medina |
| 6 | Marco Vidal Mendez | 56734208 | Marco V. |
| 7 | Josue Torres | 73050054 | |
| 8 | George Papaibannon | 83575509 | |
| 9 | Michail Chkhikvishvili | 00121506 | |
| 10 | Enrrique Boada | 55332511 | E o B |
| 11 | Kallen Jaspe | 74987511 | Kallen |
| 12 | Darrin Rok&r | 48731511 | |
| 13 | Yann Anacona | 00558506 | |
| 14 | ARTEM STRYZHAK | 00113506 | |
| 15 | Cesar Valencia G. | 63163511 | |
| 16 | Gil Acosta Kevin | 01580512 | Gil Acosta Kevin |
| 17 | David Lore | 03960511 | |
| 18 | Dellon King | 91545053 | D King |
| 19 | Junior Zelaya Canales | 92122053 | |
| 20 | Gerard Frias | 62959510 | Gerard A Valet Frias |
| 21 | Juan Polanco | 13290512 | POLANCO |
| 22 | Henrry Regan | 29724506 | |
| 23 | Gonzalito Espinoza | 90733053 | |
| 24 | Jamell Welch | 93668079 | |
| 25 | Brian Machado | 98338511 | |
| 26 | Shaquan Lee | 91334-053 | |

Samil Abreu Navarro
Concilio
12014509

Walter Alfaro
Concilio
18048579

Midence O. Martinez Torcios
Pastor del Ministerio FE EN Cristo Jesus
10517506 UNIT - J-B 72