# EXHIBIT E

# Zachary Taylor

---

**From:**   CHKHIKVISHVILI MICHAIL (00121506)

**Sent Date:**   Wednesday, April 29, 2026 3:35 PM

**To:**   ztaylor@taylorcohenllp.com

**Subject:**   Letter

Dear Judge Carol B. Amon

   I Would like to begin this letter with apology, I am very sorry for my conduct and my apologize goes to Jews, Blacks and basically all people that I was targeting, I acknowledge that my actions have brought harm by spreading hatred and violence and I'm truly sorry for that. I also acknowledge how hateful online propaganda impacts real world, I've read letters of Antioch School Shooting, after which I couldn't sleep normally for few weeks, I'm very ashamed that back then I allowed myself to promote violent actions and authored Haters Handbook. Next I would like to apologize in front of family, friends and people of Georgia; It's not excuse that I'm from Georgia, my country is small melting pot, my family is an example of this and me myself we have Armenian, Jewish and Russian roots.

   Any ideology that denigrates diversity or hates others because they are different is wrong and is harmful. I disavow Nazi ideology and violence as well, it's simply wrong and there is no big explanation needed why it is, practice has showed us historically and factually more than enough to understand how misanthropic worldview has affected us.

   While being incarcerated I've been reading many books and educating myself with actual literature rather than edgy memes about terrorism, one of a books that made impression on me was called "Long Walk to Freedom" by Nelson Mandela and I would like to put one of passages here: "I always knew that deep down in every human heart, there is mercy and generosity. No one is born hating another person because of the color of his skin,or his background, or his religion. People must learn to hate, and if they can learn to hate, they can be taught of love,for love comes more naturally than it's opposite" to explain what this passage to me means that I remember that in deep childhood, I never hated anyone because of his race, this hate came later when I was teenager which was taught to me, at moment I work on myself by replacing hatred with love, I feel better as person first as love comes more natural, that's what Mandela's passage means to me. Other than this book, Church really helped me replacing hate with love, that goes also back to where I've read Bible for first time in solitary confinement; Jesus preached about love and forgiveness of each other, nor Bible is teaching us to hate each other because of our ethnic background and nationality.

   Neo-Nazi views that I had were not normal, nor people that I used to communicate together with were normal, it dehumanizes us from inside, when I look at myself back now not long time ago I realize that something was wrong with me.

Posts that I made, I cannot undo them, but all I can do now is to spread positive message. I'm very ashamed authoring Haters Handbook, hoping one day it will disappear, I wish I never wrote it and while understanding that young people might encounter it, I have message to children who are finding themselves within extremist communities online and all I have to say is that hate is a swamp, deeper you drown in it harder it is later to come out, your life is too precious to waste your life dedicating to hate, love is more natural and that's what we need to embrace as humans, whether you are believer in God or not, for evil actions there's no afterlife, which should make us think twice about choices we make.

I appreciate your precious time reading this letter

Respectfully Submitted
Michail Chkhikvishvili