# EXHIBIT F







