# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

May 5, 2026

*By ECF and Email*

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *U.S. v. Michail Chkhikvishvili,* **24-cr-286 (CBA)**

Dear Judge Amon:

I write to follow up on my letter that was filed last evening. (ECF Doc. 51). The government has reminded me that I previously consented to survivors of the Antioch shooting speaking at sentencing by VTC or teleconference, in exchange for the government's consent to Mr. Chkhivishvili's mother, who resides in Georgia, also attending the sentencing (silently) by the same method.

Accordingly, the defense withdraws its objection to the individual identified in the government's May 1, 2026 letter reading a short statement to the Court, provided that Mr. Chkhikvishvili's mother also be permitted to dial in and listen to the proceedings remotely.

Respectfully submitted,

Zachary S. Taylor

cc:   Ellen Sise, Esq.
      Andrew Reich, Esq.
            Assistant United States Attorneys