# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

May 7, 2026

*By ECF and Email*

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**  ***U.S. v. Michail Chkhikvishvili,* 24-cr-286 (CBA)**

Dear Judge Amon:

In regard to my letter of May 4, 2026 (ECF Doc. 51), while the defense has withdrawn its objection to the Antioch high school shooting survivor's delivering a statement at sentencing, the arguments set forth in my letter remain relevant to the government's claim that Mr. Chkhikvishvili caused that attack and others.

Respectfully,

Zachary S. Taylor

cc:    Ellen Sise, Esq.
       Andrew Reich, Esq.
              Assistant United States Attorneys